US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUN 0 3 2025

Ronald E. Dowling
By_____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| DESTIN ALLEN LEWIS, | ( |
| Plaintiff, | ( |
| v. | ( Case No: **5:25-cv-05117** |
| STATE OF ARKANSAS and BENTON COUNTY, | ( |
| Defendants. | ( |

## NOTICE OF SERVICE OF FINAL DEMAND TO STATE AND LOCAL OFFICIALS

1. Plaintiff, Destin Allen Lewis, hereby notifies the Court that on June 3, 2025, Plaintiff served a Final Demand Notice upon all state and local officials and agencies presently enforcing, or responsible for enforcing, any registry, parole, or civil restriction arising from Benton County Circuit Court Case No. 04CR-16-545. The notice informs all recipients that the judgment is void ab initio and demands immediate cessation of all enforcement actions, citing controlling Supreme Court and Arkansas authority requiring immediate correction of void judgments.

2. A copy of the Final Demand Notice and the list of recipients is attached hereto.

Respectfully submitted,

Destin Allen Lewis

Plaintiff, Pro Se

P.O. Box 136

Farmington, AR 72730

imthemasterofme@gmail.com

951-321-9133

---

*This document was prepared without the aid of any attorney. Plaintiff, acting pro se, independently researched and drafted this filing, invoking only the Constitution, the rule of law, and the truth.*

June 3, 2025

## RE: FINAL DEMAND FOR WRITTEN AUTHORITY TO ENFORCE VOID SENTENCE—CASE NO. 04CR-16-545

To Whom It May Concern:

Your agency is enforcing ongoing civil restrictions under the legal fiction that a valid criminal judgment exists in Case No. 04CR-16-545. That fiction is unsupported by any evidence in the official court record.

This matter is currently under active federal review in the United States District Court for the Western District of Arkansas, Case No. **5:25-cv-05117**, in which Plaintiff is seeking **declaratory and injunctive relief** to void the Benton County Circuit Court sentence as unconstitutional and unenforceable[1]. The Complaint and accompanying exhibits filed in that action outline the full scope of unlawful enforcement.

I am currently subject to supervision, registration, or other civil restrictions enforced by your agency under Benton County Circuit Court Case **No. 04CR-16-545**. The Sentencing Order in this case references a **"negotiated plea agreement"** and/or a **written waiver of rights** as the legal basis for your continued enforcement actions.

**This is to inform you that I have a pending federal civil rights lawsuit in the United States District Court for the Western District of Arkansas, Case No. 5:25-cv-05117, seeking declaratory and injunctive relief on the basis that no such plea agreement, waiver, or valid judgment exists.**

**Pursuant to Arkansas law and the United States Constitution, I hereby demand that you provide the following documentation by close of business on Monday, June 9, 2025:**

1. A signed plea agreement, written waiver of rights, or Rule 24.3 colloquy form that forms the legal basis for any restrictions imposed in Case No. 04CR-16-545;

2. Any adjudication of guilt, judgment, or court order showing a valid conviction.

---

[1] *See* Lewis v. State of Arkansas, et al., Case No. 5:25-cv-05117 (W.D. Ark. filed May 27, 2025).

**Arkansas Code Annotated § 4-59-101(a)(7)** requires that any contract or agreement waiving a constitutional right must be "in writing and signed by the party to be charged."

**Arkansas Rule of Criminal Procedure 24.3** mandates that a plea of guilty may not be accepted without the defendant being personally addressed on the record and the proceeding being fully recorded.

To date, I have received no such written documentation from your agency, the court, or any other state official. If you cannot produce these documents, please confirm in writing that you have no such record or authority.

**Be advised**: Ongoing enforcement of supervision, registration, or restrictions without a valid, written plea agreement or adjudication is a violation of due process and state law including my fundamental rights under the Fourteenth Amendment to the United States Constitution.. Your continued actions after this notice may subject you and your agency to federal civil rights liability under **42 U.S.C. § 1983** and will be reported to the United States District Court and the Eighth Circuit Court of Appeals as part of my pending federal action.

**If you do not respond by the stated deadline, I will notify the federal court of your agency's ongoing enforcement without lawful authority and seek immediate relief.**

This notice is being sent for the record and for all legal purposes.

Respectfully,

*/signature/*
6/3/25
Pro Se
Destin Allen Lewis

**CC:** Dexter Payne, Director, Arkansas Division of Correction Jim Cheek, Director, Arkansas Community Corrections SOAC (Sex Offender Assessment Committee), Arkansas Department of Public Safety Tim Griffin, Attorney General of Arkansas Mike Hagar, Secretary, Arkansas Department of Public Safety Jay Cantrell, Sheriff, Washington County Sheriff's Office Jeff Long, Director, Arkansas Crime Information Center, and the local Fayetteville Parole Office.