US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUN 03 2025

Ronald E. Dowling
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION

DESTIN ALLEN LEWIS, (

Plaintiff, (

(

v. (  Case No: **5:25-cv-05117**

**STATE OF ARKANSAS and BENTON COUNTY,** (

(

Defendants. (

---

## NOTICE OF FILING EMERGENCY PETITION FOR WRIT OF MANDAMUS IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

1. Plaintiff, Destin Allen Lewis, hereby notifies the Court and all parties that, on June 3, 2025, due to the District Court's failure to rule on Plaintiff's pending motions for leave to proceed in forma pauperis and for emergency declaratory and injunctive relief by the requested deadline of close of business **Monday, June 2, 2025**, Plaintiff has filed an Emergency Petition for Writ of Mandamus with the United States Court of Appeals for the Eighth Circuit.

2. A true and correct copy of the Emergency Petition for Writ of Mandamus is attached to this Notice.

3. Plaintiff respectfully reminds the Court that, under long-established Supreme Court and Arkansas precedent, a judgment found to be **<u>void ab initio must be corrected immediately upon discovery, and no procedural hurdle or formality can justify delay or continued enforcement of such a judgment</u>**. See *Ex parte Lange*, 85 U.S. 163, 176–77 (1873) ("may be disregarded anywhere at any time"); *United States v. Pauley*, 511 F.3d 468, 475 (4th Cir. 2007) ("legally ineffective"); *United States v. Walker*, 198 F.3d 811, 813 (11th Cir. 1999) ("may be attacked at any time, in any proceeding, direct or collateral"); *Johnson v. Zerbst*, 304 U.S. 458, 468 (1938) ("may be assailed at any time, in any court"); *Clark v. State*, 2024 Ark. 130 ("must be corrected when brought to the court's attention"). Each day of continued enforcement of a void order is a fresh constitutional violation and irreparable harm.

4. Plaintiff respectfully renews his request for immediate action on the pending motions in light of the ongoing irreparable harm from continued enforcement of a void ab initio judgment.

Respectfully submitted,

/s/ Destin Allen Lewis
6/3/25
Destin Allen Lewis

Plaintiff, Pro Se

P.O. Box 136

Farmington, AR 72730

imthemasterofme@gmail.com

951-321-9133

---

*This document was prepared without the aid of any attorney. Plaintiff, acting pro se, independently researched and drafted this filing, invoking only the Constitution, the rule of law, and the truth.*