# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2151

In re: Destin Allen Lewis

Petitioner

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:25-cv-05117-TLB)

---

**MANDATE**

In accordance with the judgment of June 13, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 13, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit