IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DESTIN ALLEN LEWIS**                                                                                          **PLAINTIFF**

V.                                         **CASE NO. 5:25-CV-5117**

**STATE OF ARKANSAS and**
**BENTON COUNTY, ARKANSAS**                                                         **DEFENDANTS**

## ORDER

Before the Court is the Report and Recommendation ("R&R") (Doc. 38) of United States Magistrate Judge Christy Comstock, dated October 2, 2025. Fourteen days have passed, and no party has filed objections to the R&R.

Upon review, **IT IS ORDERED** that the R&R is **ADOPTED IN FULL**. The case is **DISMISSED WITHOUT PREJUDICE** for failure to respond to a Court order under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED** on this 22nd day of October, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE