IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DESTIN ALLEN LEWIS**                                                                                          **PLAINTIFF**

V.                                              **CASE NO. 5:25-CV-5117**

**STATE OF ARKANSAS and**
**BENTON COUNTY**                                                                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 50) filed in this case on February 2, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. The Declaratory Judgment Act affords Lewis no avenue of relief from his criminal judgment. Because his current pleadings provide no cognizable basis for challenging his state court judgment, the Complaint is **DISMISSED**.

**IT IS SO ORDERED** on this 23rd day of February, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE