IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DESTIN ALLEN LEWIS**                                                                                           **PETITIONER**

V.                                            **CASE NO. 5:25-CV-5117**

**STATE OF ARKANSAS and BENTON COUNTY**                              **RESPONDENTS**

**ORDER**

On February 2, 2026, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, filed a Report and Recommendation ("R&R") (Doc. 50) explaining why Destin Allen Lewis's Complaint for Declaratory Judgment (Doc. 3) should be dismissed. On February 24, 2026, Mr. Lewis filed Objections to the R&R (Doc. 53), and the Court reviewed the case *de novo*. Mr. Lewis's Objections offer no excuse for failing to fill out a § 2254 petition as ordered by the Court. Instead, he stubbornly insists that he is right (and the Court is wrong) that he may challenge the validity and/or duration of his state confinement under the Declaratory Judgment Act—as alleged in his Complaint. For the reasons stated in the R&R, the Court disagrees. The challenge must be brought under § 2254. Mr. Lewis was given *multiple* opportunities and *clear directions* on amending his claim and filing a § 2254 petition—but he refused.

**IT IS ORDERED** that the Objections are **OVERRULED** and the R&R is **ADOPTED IN ITS ENTIRETY**. The case is **DISMISSED**.

**IT IS SO ORDERED** on this 2nd day of March, 2026.

                                                      */s/ Timothy L. Brooks*
                                                      TIMOTHY L. BROOKS
                                                      CHIEF UNITED STATES DISTRICT JUDGE